# Court of Appeals
# of the State of Georgia

ATLANTA, January 14, 2022

*The Court of Appeals hereby passes the following order*

**A22I0093. MEGHAN DOYLE v. ADALYN SQUIRES, A MINOR BY AND THROUGH HER PARENTS RICHARD SQUIRES et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2020CV334315



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, January 14, 2022.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.